**FILED**

**12/14/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

AO 241 (Rev. 09/17)

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: KANSAS | 2:23-cv-00572-MPB-MKK |
|---|---|---|
| Name (under which you were convicted): QUARTEZ NORWOOD | | Docket or Case No.: 13-40115-JAR |
| Place of Confinement : USP TERRA HAUTE | | Prisoner No.: 66789-112 |
| Petitioner (include the name under which you were convicted) *Quartez Norwood* | Respondent (authorized person having custody of petitioner) v. *Warden- USP Terre Haute* | |
| The Attorney General of the State of: KANSAS | | |

### PETITION

1.     (a) Name and location of court that entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT OF KANSAS, TOPEKA DIVISION

   444 SE QUINCY, TOPEKA KS 66683

   (b) Criminal docket or case number (if you know):     13-40115-JAR

2.     (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing:     05/27/2014

3.     Length of sentence:     180 MONTHS

4.     In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5.     Identify all crimes of which you were convicted and sentenced in this case:     TWO COUNTS OF HOBBS ACT

   VIOLATIONS (ROBBERY) AND ONE COUNT OF USE, CARRY AND BRANDISHING A FIREARM

   DURING AND IN RELATION TO A CRIME OF VIOLENCE

   _____

   _____

   _____

6.     (a) What was your plea? (Check one)

   | ☐ (1) | Not guilty | ☐ (3) | Nolo contendere (no contest) |
   |---|---|---|---|
   | ☑ (2) | Guilty | ☐ (4) | Insanity plea |

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?    N/A

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9.    If you did appeal, answer the following:

(a) Name of court:    N/A

(b) Docket or case number (if you know): _____

(c) Result:    -----

(d) Date of result (if you know): _____

(e) Citation to the case (if you know):    -----

(f) Grounds raised:    -----

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:    N/A

(2) Docket or case number (if you know):

(3) Result:    ------

_____

AO 241 (Rev. 09/17)

      (4) Date of result (if you know):

      (5) Citation to the case (if you know):      -------

      (6) Grounds raised:      -------

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☑ No

    If yes, answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result:    -------

      (3) Date of result (if you know):

      (4) Citation to the case (if you know):    --------

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes   ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:   US DISTRICT COURT KANSAS, TOPEKA DIVISION

          (2) Docket or case number (if you know):   13-40115-JAR

          (3) Date of filing (if you know):   07/01/2019

          (4) Nature of the proceeding:   2255 CORRECT SENTENCE

          (5) Grounds raised:   IN LIGHT OF US V. DAVIS; 924 (C)

          (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ☐ Yes   ☑ No

          (7) Result:   DENIED

AO 241 (Rev. 09/17)

(8) Date of result (if you know):    10/18/2019

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:    US DISTRICT COURT OF KANSAS, TOPEKA DIVISION

(2) Docket or case number (if you know):    13-40115-JAR

(3) Date of filing (if you know):    06/01/2020

(4) Nature of the proceeding:    MOTION FOR RELEASE OF CUSTODY

(5) Grounds raised:    HEART MURMUR - 180 MONTHS NOT A DEATH SENTENCE

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:    DISMISSED

(8) Date of result (if you know):    07/13/2020

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:    US DISTRICT COURT OF KANSAS TOPEKA DIVISION

(2) Docket or case number (if you know):    13-40115-JAR

(3) Date of filing (if you know):    10/14/2022

(4) Nature of the proceeding:    COMPASSIONATE RELEASE

(5) Grounds raised:    RESENTENCE, VARIOUS ENHANCEMENTS THAT WOULDN'T APPLY
TODAY IF I WAS SENTENCED

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:   DISMISSED

(8) Date of result (if you know):   12/15/2022

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I DID NOT KNOW THAT I COULD APPEAL THE DECISION

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**     STACKING

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

IF I WERE SENTENCED TODAY MY CHARGES WOULD BE RAN CONCURRENT, THEREFORE MY TIME

WOULD ONLY BY 96 MONTHS

(b) If you did not exhaust your state remedies on Ground One, explain why:     N/A

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:    I ACCEPTED A PLEA AND I WAS TOLD

I COULD NOT APPEAL

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    2255

Name and location of the court where the motion or petition was filed:    US DISTRICT COURT OF KANSAS

TOPEKA DIVISION

Docket or case number (if you know):    13-40115-JAR

Date of the court's decision:    10/18/2019

Result (attach a copy of the court's opinion or order, if available):    DENIED

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):    -----

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):    ----

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:     2255, MOTION FOR RELEASE FROM CUSTODY,

COMPASSIONATE RELEASE, REDUCTION IN SENTENCE

---

**GROUND TWO:**          DEF. MENTAL AND PHYSICAL HEALTH

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DEF. HAS BEEN DIAGNOSED WITH CHILDHOOD TRAUMA, DEPRESSION, BIPOLAR, MOOD DISORDER,

SCHIZOPHRENIA, HYPOMANIC, SLEEP DISORDERS AND ADHD. HE HAS LIVER ISSUES AND HIS LIVER

IS NOT WORKING AT A REDUCED LEVEL AND IF THIS PROGRESSES HE WILL NEED A LIVER

TRANSPLANT, WHICH HE WILL NOT BE ABLE TO GET IN PRISON

(b) If you did not exhaust your state remedies on Ground Two, explain why:     N/A

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes     ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:     I ACCEPTED A PLEA AND WAS TOLD

I COULD NOT APPEAL

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     MOTION FOR SENTENCE REDUCTION

Name and location of the court where the motion or petition was filed:     US STATES DISTRICT

COURT OF KANSAS, TOPEKA DIVISION

Docket or case number (if you know):     13-40115-JAR

AO 241 (Rev. 09/17)

Date of the court's decision:     12/04/2023

Result (attach a copy of the court's opinion or order, if available):     DISMISSED

_____

_____

(3) Did you receive a hearing on your motion or petition?                  ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?             ☐ Yes     ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     N/A

_____

Docket or case number (if you know):     _____

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):     ------

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :     NONE

_____

**GROUND THREE:**          REHABILTATION AND STABLE HOME PLAN

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

WHILE IN PRISON THE DEF. HAS WORKED TO BETTER HIMSELF. HE HAS COMPLETED OVER 15

CLASSES TO HELP PREPARE HIM FOR HIS RELEASE. HE HAS COMPLETED DRUG ABUSE EDUCATION,

COOKING, WHO ARE YOU? AND PSYCHOLOGICAL COUNSELING. UPON DEF. RELEASE HE WILL LIVE

WITH HIS WIFE, LINDSAY IN MUNFORD, ALABAMA. HE HAS A NEW EXTENDED FAMILY AND THEY ARE

WAITING FOR HIM TO COME HOME!

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:    N/A

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    I WAS TOLD BECAUSE I ACCEPTED

THE PLEA AGREEMENT I COULD NOT APPEAL

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    MOTION FOR SENTENCE REDUCTION

Name and location of the court where the motion or petition was filed:    US DISTRICT COURT OF

KANSAS, TOPEKA DIVISION

Docket or case number (if you know):    13-40115-JAR

Date of the court's decision:    12/04/2023

Result (attach a copy of the court's opinion or order, if available):    DISMISSED

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N/A

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    N/A

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   NONE

**GROUND FOUR:**   INEFFECTIVE COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DEF BELIEVES HE WAS EFFECTIVELY DEPRIVED OF ESTABLISHING AN IMPORTANT MITIGATING CIRCUMSTANCES WHEN HE WAS NOT AFFORDED THE OPPORTUNITY TO PRESENT TESTIMONY TO THE COURT DURING PORTIONS OF THE PROCEEDINGS. COUNSEL REPEATEDLY PRESSURED DEF. INTO TAKING THE PLEA. COUNSEL TOLD DEF. THAT IF HE DIDNT TAKE THE PLEA, HE WOULD NEVER SEE THE OUTSIDE AGAIN. COUNSEL COERCED DEF. INTO TAKING THIS PLEA.

(b) If you did not exhaust your state remedies on Ground Four, explain why:   N/A

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   I WAS TOLD I COULD NOT APPEAL BECAUSE I TOOK THE PLEA

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   MOTION FOR REDUCTION IN SENTENCE

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:    US DISTRICT OF KANSAS

TOPEKA DIVISION

Docket or case number (if you know):    13-40115-JAR

Date of the court's decision:    12/04/2023

Result (attach a copy of the court's opinion or order, if available):    DISMISSED

(3) Did you receive a hearing on your motion or petition?     ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):    N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:    NONE

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:    N/A

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

        NO

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☑ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.    NONE

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    NONE

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing:    FEDERAL DEFENDERS

    (b) At arraignment and plea:   FEDERAL DEFENDERS

    (c) At trial:            FEDERAL DEFENDERS

    (d) At sentencing:       FEDERAL DEFENDERS

    (e) On appeal:         NONE

    (f) In any post-conviction proceeding:    PRO SE

    (g) On appeal from any ruling against you in a post-conviction proceeding:    NONE

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      ☐ Yes   ☑ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    N/A

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?      ☐ Yes   ☑ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

    I DID NOT KNOW THAT I COULD APPEAL ANY OF THESE DECISIONS HIGHER THAN THE SENTENCING COURT

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    RESENTENCING DUE TO THE STACKING OF

THE CHARGES/ REDUCTION IN SENTENCE

_____

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on    __12/12/2023__    (month, date, year).

Executed (signed) on        12/11/2023        (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____