UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| QUARTEZ NORWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00572-MPB-MKK |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Quartez Norwood's petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Dated: December 22, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

QUARTEZ NORWOOD
66789-112
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

1